# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138261(63)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DOUGLAS BRENT LAZARUS,
        Defendant-Appellant.

_____

SC: 138261
COA: 277925
Jackson CC: 06-004536-FH

On order of Chief Justice, the motion by defendant-appellant for extension to October 1, 2009 of the time for filing his brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2009

_____
Clerk